[No. 15319-0-II.   Division Two.   July 15, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL K. MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 91-1-00010-1, H. John Hall, J., entered August 1, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 15153-7-II.   Division Two.   July 15, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. WILLIAM PARNELL JACKSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-04357-8, E. Albert Morrison, J., entered June 17, 1991. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.

[Nos. 11483-0-III; 11484-8-III.   Division Three.   July 16, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY JAMES DYER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. TODD STANTON VICK, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 90-1-01460-7, Richard J. Schroeder, J., entered March 20, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.